JUNE D. COLEMAN (CSBN 191890)
jcoleman@kmtg.com
DANIELLE R. TEETERS (CSBN 210056)
dteeters@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SCHNEIDER, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S.,<br><br>Defendant. | CASE NO. 3:12-cv-06369-RS<br><br>**SUBSTITUTION AND WITHDRAWAL OF ATTORNEY FOR DEFENDANT BISHOP, WHITE, MARSHALL & WEIBEL, P.S.**<br><br>[CLERK'S ACTION REQUESTED] |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant BISHOP, WHITE, MARSHALL & WEIBEL, P.S. hereby substitutes June D. Coleman, Kronick, Moskovitz, Tiedemann & Girard, 400 Capitol Mall, 27th Floor, Sacramento, CA 95814, (916) 321-4500, as attorneys of record in place and instead of Jerome Michael Yalon, Jr., Bishop, White, Marshall & Weibel, P.S., 901 Sunvalley Blvd., Suite 220, Concord, CA 94520, and Marc Rosenberg, Lee Smart, PS, Inc., 1800 One Convention Place, 701 Pike Street, Seattle, WA 98101. Marc Rosenberg and Lee Smart, PS, Inc. are hereby withdrawn as counsel for BISHOP, WHITE, MARSHALL & WEIBEL, P.S. for all purposes.

I consent to this substitution.

Dated: 3/19/2013

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

By: _____
Jerome Michael Yalon, Jr.
Attorneys for Defendant
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

I consent to this substitution.

Dated: 3/18/13

LEE SMART, P.S., INC.

By: _____
Marc Rosenberg
Attorneys for Defendant
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

Dated: March 20, 2013

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Law Corporation

By: _/s/ June D. Coleman_____
JUNE D. COLEMAN
Attorneys for Defendant
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

**IT IS SO ORDERED.**

Dated: 3/21/13

_____
PRESIDING JUDGE

1023412.1 13738.003     - 2 -     3:12-cv-06369-RS

SUBSTITUTION OF ATTORNEY FOR DEFENDANT BISHOP, WHITE, MARSHALL & WEIBEL, P.S.