IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SCHNEIDER, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br>   v.<br><br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S.,<br><br>   Defendant.<br>_____/ | No. C 12-06369 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 28, 2013. After considering the Joint Case Management Statement and Proposed Scheduling Report submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION. Parties are hereby REFERRED to the ADR Department for panel mediation to take place, ideally, within the next 120 days.

    2.    DISCOVERY. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete

CASE MANAGEMENT SCHEDULING ORDER

subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. CLASS CERTIFICATION. The briefing schedule for class certification shall proceed as follows:

A. On or before July 3, 2013, plaintiffs shall file their opening brief for class certification.

B. On or before August 1, 2013, defendant shall file its opposition brief.

C. On or before August 15, 2013, plaintiffs shall file their reply brief, if any.

D. Hearing on the motion for class certification shall take place **on August 29, 2013 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 4/8/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2