UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHNEIDER, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BISHOP, WHITE, MARSHALL & WEIBEL, P.S.,<br><br>Defendant. | Case No.: 3:12-cv-06369-RS<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims with prejudice and the putative class claims without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Dated this  29th day of October, 2013.

_____
The Honorable Richard Seeborg

Order to Dismiss - 1